UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE DIAZ,<br><br>                            Plaintiff,<br><br>      -against-<br><br>THE CITY OF THE NEW YORK, NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, THE NEW YORK CITY POLICE DEPARTMENT, RAYMOND W. KELLY, individually and in his capacity as the former Commissioner of the New York City Police Department, JOSE FLORES, individually and in his official capacity as Investigator for the New York County District Attorney's office, JOHN DOE 1,individaully and in his official capacity as Captain in the NYPD, and JOHN DOE 2, individually and in his official capacity as an Officer in the NYPD  or the New York City District Attorney's Office,<br><br>                            Defendants, | ECF<br><br>13 CV 8281 (PAC)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and papers herein, the undersigned will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on May 12, 2014, or as soon thereafter as counsel may be heard, for an order pursuant to 12(b)(1)&(6) of the Federal Rules of Civil Procedure dismissing the complaint as to defendants and the New York County District Attorney's Office for failure to state a claim upon which relief may be granted, and for any other fair and equitable relief that may be appropriate.

                                                CYRUS R. VANCE, JR.
                                                District Attorney, New York County
                                                as Special Assistant Corporation Counsel
                                                One Hogan Place
                                                New York, New York 10013
                                                (212) 335-4364 (telephone)
                                                (212) 335-4390 (facsimile)

By: _____/S/_____
Maureen T. O'Connor (MO9099)
Assistant District Attorney
Of Counsel

TO: Theresa D'Andrea
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, New York 10007

Ricardo A. Aguirre, Esq.
644 Soundview Avenue, Suite 6
Bronx, New York 10473