UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENISE DIAZ,

                Plaintiff,

-against-

THE CITY OF THE NEW YORK, NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, THE NEW YORK CITY POLICE DEPARTMENT, RAYMOND W. KELLY, individually and in his capacity as the former Commissioner of the New York City Police Department, JOSE FLORES, individually and in his official capacity as Investigator for the New York County District Attorney's office, JOHN DOE 1,individaully and in his official capacity as Captain in the NYPD, and JOHN DOE 2, individually and in his official capacity as an Officer in the NYPD  or the New York City District Attorney's Office,

                Defendants,

ECF

13 CV 8281 (PAC)

**DECLARATION**

---

MAUREEN T. O'CONNOR declares pursuant to 28 U.S.C. 1746:

1. I am an Assistant District Attorney in the Office of Cyrus R. Vance, Jr., District Attorney of the County of New York attorney for defendant JOSE FLORES and the New York County District Attorney's Office. ("DANY Defendants"). I submit this declaration in support of the DANY defendant's Motion to Dismiss Plaintiff's Amended complaint and to provide the Court with copies of documents in support of that motion.

2. Annexed hereto as Exhibit A, please find a copy of New York County search warrant and affidavit in support of warrant, Numbered 927/10.

3. Annexed hereto as Exhibit B, A date stamped copy of front of summons and amended complaint, dated received by the New York County District Attorney's Office May 1, 2014.

4. Annexed hereto as Exhibit C, the Certificate of Disposition Indictment No. 2922/11, People v. George Castro.

Dated: New York, New York
May 12, 2014

                              CYRUS R. VANCE, JR.
                              District Attorney, New York County
                              as Special Assistant Corporation Counsel
                              One Hogan Place
                              New York, New York 10013
                              (212) 335-4364 (telephone)
                              (212) 335-4390 (facsimile)

By: *Maureen T. O'Connor* (signature)

                              Maureen T. O'Connor (MO9099)
                              Assistant District Attorney
                              Of Counsel

TO: Theresa D'Andrea
      Assistant Corporation Counsel
      New York City Law Department
      100 Church Street
      New York, New York 10007

      Ricardo A. Aguirre, Esq.
      644 Soundview Avenue, Suite 6
      Bronx, New York 10473