# EXHIBIT C

```
                    SUPREME COURT OF THE STATE OF NEW YORK        NO FEE
                                 NEW YORK COUNTY
                                 100 CENTRE STREET
                                 NEW YORK, NY 10013


                         CERTIFICATE OF DISPOSITION INDICTMENT
```

DATE: 05/09/2014                CERTIFICATE OF DISPOSITION NUMBER: 37847

PEOPLE OF THE STATE OF NEW YORK      CASE NUMBER:              02922-2011
                 VS.                 LOWER COURT NUMBER(S):    2010NY087230
                                     DATE OF ARREST:           11/24/2010
                                     ARREST #:                 M10704976
                                     NYSID #:                  6915490M
                                     DATE OF BIRTH:            02/23/1962
CASTRO,GEORGE                        DATE FILED:               06/03/2011
_____
          DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 08/07/2012 THE ABOVE NAMED DEFENDANT WAS
CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE  STOLZ,R THEN A
JUSTICE OF THIS COURT.

GRAND LARCENY 1st DEGREE PL  155.42 00 BF
CRIMINAL POSSESSION OF STOLEN PROPERTY 1st DEGREE PL  165.54 00 BF
MONEY LAUNDERING 1st DEGREE PL  470.20 00 BF

THAT ON 09/24/2012, UPON THE AFORESAID CONVICTION BY TRIAL THE HONORABLE
STOLZ,R  THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT
TO

GRAND LARCENY 1st DEGREE PL  155.42 00 BF
IMPRISONMENT = 7 YEAR(S)  TO 21 YEAR(S)

CRIMINAL POSSESSION OF STOLEN PROPERTY 1st DEGREE PL  165.54 00 BF
IMPRISONMENT = 7 YEAR(S)  TO 21 YEAR(S)

MONEY LAUNDERING 1st DEGREE PL  470.20 00 BF
IMPRISONMENT = 7 YEAR(S)  TO 21 YEAR(S)


RESTITUTION = $1,997,311
DNA  = $50 (PAID)



IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 05/09/2014

                                         *signature*
                                         _____
                                               COURT CLERK