1                    D. DIAZ
2        A.    It was mentioned.  How it was
3   mentioned, I don't know.  I can't pinpoint
4   it right now.  But I don't know if he said
5   her name or if he mentioned it to me
6   because I told him if you want to search my
7   house you can search it.  I'm not hiding
8   anything.
9              I don't know what is going on.
10  But if it is in reference to George, I give
11  you permission to go and search Gabriella's
12  room because that is where George stood at.
13       Q.    Where George did what?
14       A.    Where George sleep at was
15  Gabriella's room.  I gave him permission.
16  He was like no, I need a warrant.  No, no,
17  he gave me Patricia O'Connor's name or if
18  my lawyer told me, but at that moment, yes,
19  I knew that he was talking to her because I
20  had to pass the information over to Mr.
21  Quinn who was my attorney and I was on the
22  phone with him.
23             The minute I found out that
24  they wanted to get a warrant I called the
25  borough.  I used to work at a Patrol

```
 1                    D. DIAZ
 2    Borough Bronx and have the duty captain
 3    respond.
 4              That is where evidence
 5    collection turned out of.  I didn't know
 6    what was going on and they weren't
 7    divulging anything.
 8         Q.   So, at this point you know from
 9    Wigdor that George is suspected of being
10    involved in the theft of a large sum of
11    money and that the DA's office intends to
12    get a warrant to search your home, correct?
13         A.   Yes.
14         Q.   At that point you called the
15    bureau?
16         A.   Correct.
17         Q.   Is that different from the 43rd
18    Precinct?
19         A.   Yes.  The patrol bureau is the
20    central of the Bronx.  So it wouldn't be
21    the 43rd who is going to respond.  Whoever
22    is the duty captain, that is the person who
23    is going to respond.
24         Q.   When you call the bureau, who
25    did you speak to?
```

```
 1                      D. DIAZ
 2           A.    Laura Perez.
 3           Q.    What is her position at the
 4     time?
 5           A.    She is still there.  She is a
 6     P.O. and she does intake at the bureau.
 7           Q.    What did you tell her?
 8           A.    I told her that my children's
 9     father was just arrested.  I exactly don't
10     know for what and that a search warrant,
11     they wanted to conduct one in my house.  I
12     told her at first there was a search
13     warrant, I need the duty captain's number.
14           Q.    What did she say?
15           A.    She gave me the duty captain's
16     number.
17           Q.    Who was the duty captain?
18           A.    I don't recall his name then,
19     but I had it written down his number and I
20     called him from my cell phone and he didn't
21     pick up.
22           Q.    The number that Officer Perez
23     gave you, was that his cell phone number or
24     his work number?
25           A.    It's the department's cell
```

```
1                      D. DIAZ
2     phone.  The NYPD issues cell phones to
3     captains.
4          Q.    Did you write that number down
5     anywhere?
6          A.    I wrote the number down and
7     then I recorded the number.
8          Q.    Where did you write the number
9     down?
10         A.    I can't tell you.  I was
11    frantic.  Right about now my world got
12    turned upside down.
13         Q.    Going back just briefly to the
14    actual arrest of Mr. Castro itself, did you
15    see him being placed in a car?
16         A.    He was placed in the back of
17    the jeep.  It didn't have tint.  Right
18    after that Wigdor and I walked into the
19    house because I didn't know whether he was
20    just going to sit here, whether he was
21    going to be transported.
22               Sometimes when you are out in
23    the street and you have somebody that is
24    combative, that is a way to calm them down.
25    I don't know what was going on.
```