Plaintiff's

Exhibit "A"

13cv8281

249

1                    D. DIAZ
2        A.    Yes.  He said yes, girlfriend,
3   I'll get it for you.  You deserve a great
4   birthday present for being a great woman,
5   mother and friend.
6        Q.    For being the greatest mom and
7   friend, deserve just to be precise.  So the
8   exchange continues and you are speaking
9   about the present, correct?
10       A.    Yes.
11       Q.    And you write to Mr. Catro you
12  need at least 80 Gs?
13       A.    Correct.
14       Q.    What were you referring to?
15       A.    A body make over.
16       Q.    Plastic surgery?
17       A.    Yes.
18       Q.    So, you were asking Mr. Castro
19  to give you $80,000 for your birthday so
20  you could get plastic surgery?
21       A.    This was a joke that we were
22  saying --
23             MR. AGUIRRE:  Answer yes or no.
24       A.    No, it was a joke what we were
25  saying.  Mr. Castro said oh, wouldn't you

1       D. DIAZ
2  like to do your stomach. I said for me to
3  do my stomach I need at least 80 Gs. This
4  message was taken way out of context. It
5  wasn't that I was asking him.
6       Q.   So, if I were to go back and
7  look at your messages with Mr. Castro from
8  earlier, I would see other exchanges that
9  would put this in context?
10      A.   Actually there was a phone call
11 prior to this and than the phone call
12 continued onto the message.
13      Q.   So, there is no, to the best of
14 your recollection there is no prior text
15 messages about the $80,000 plastic surgery?
16      A.   Correct, it was a phone call
17 that we were talking about and from then it
18 led to that. As you see after that it
19 ended. There was nothing else there. We
20 were just joking back and forth.
21            (Continued on next page to
22        include jurat.)
23
24
25

```
1                    D. DIAZ
2   and myself.
3        Q.   And George Castro, I believe
4   you testified no longer lived there?
5        A.   Correct.
6        Q.   When he moved out of the house
7   at 109 Admiral Lane, where did he move?
8        A.   To my knowledge, his mother's
9   house, 1680 Monroe Avenue in the Bronx.
10       Q.   And that is a different address
11  then, I think it was something like Seward
12  Street that you gave earlier.
13       A.   The mother left Seward and she
14  moved over to Monroe.
15       Q.   So, 1680 Monroe in the Bronx?
16       A.   Apartment 2.  It was on the
17  second floor.
18       Q.   Was that close to your house at
19  190 Admiral Lane?
20       A.   No.
21       Q.   How far away was that if you
22  were driving, to get from point A to point
23  B?
24       A.   About twenty minutes,
25  twenty-five minutes.
```

Case 1:13-cv-08281-JCF   Document 82-1   Filed 02/16/16   Page 5 of 12

156

```
1                    D. DIAZ
2       Q.    Did Mr. Castro spend the night
3  at your house on November 13, 2010?
4       A.    Yes, he did.
5       Q.    Why did he spend the night?
6       A.    Because I was out sick and I
7  was on heavy medication and I had no one to
8  take care of the kids.
9       Q.    Between the time that Mr.
10 Castro moved out in August 2010 and the
11 November 24th incident that we are here to
12 talk about today, were there any other
13 nights besides November 23rd that he spent
14 the night at your house on Admiral Lane?
15      A.    Mr. Castro would stay, since I
16 work four to twelve, he would take care of
17 the children in the afternoon.  He picked
18 them up from where he had to.  It was after
19 school.
20            Ryan and Gabriella were at the
21 baby-sitter or both of them and then he
22 would take care of the kids in the
23 afternoon until I got home.  If I got stuck
24 on a job, a burglary and robbery, anything,
25 Mr. Castro would stay and then he would
```

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com
156

```
1                    D. DIAZ
2       Q.     Did Mr. Castro spend the night
3  at your house on November 13, 2010?
4       A.     Yes, he did.
5       Q.     Why did he spend the night?
6       A.     Because I was out sick and I
7  was on heavy medication and I had no one to
8  take care of the kids.
9       Q.     Between the time that Mr.
10 Castro moved out in August 2010 and the
11 November 24th incident that we are here to
12 talk about today, were there any other
13 nights besides November 23rd that he spent
14 the night at your house on Admiral Lane?
15      A.     Mr. Castro would stay, since I
16 work four to twelve, he would take care of
17 the children in the afternoon.  He picked
18 them up from where he had to.  It was after
19 school.
20             Ryan and Gabriella were at the
21 baby-sitter or both of them and then he
22 would take care of the kids in the
23 afternoon until I got home.  If I got stuck
24 on a job, a burglary and robbery, anything,
25 Mr. Castro would stay and then he would
```

```
1                       D. DIAZ
2     surrounding him.  There may have been two,
3     possibly three.  Who it was I couldn't tell
4     you.
5          Q.    Out of the other officers that
6     you saw at this point, did you come to
7     learn any of their names later?
8          A.    Yes.
9          Q.    Which officers?
10         A.    Investigator Reid which was
11    Wigdor's partner, he was there.
12    Investigator Figeroa, the female.  She was
13    trying to console me and she was actually
14    playing with the kids because the kids were
15    crying and they were upset.
16               Inside the house were two other
17    male officers, male black.  I never learned
18    their names.  They were all outside.  They
19    were part of the outside.
20         Q.    The male who was holding
21    George, was that Investigator Reid?
22         A.    I believe so.
23         Q.    To the best of your
24    recollection, what did Investigator Reid
25    look like?
```

```
                        D. DIAZ
 1
 2      A.    He is a male black. Medium
 3   complexion. About five-eight, five-nine, a
 4   slim build.
 5      Q.    What about Investigator
 6   Figeroa?
 7      A.    He was my complexion.
 8      Q.    How would you describe that
 9   though?
10      A.    She is light brown, black hair,
11   she is about my height, five-five.
12      Q.    What about build?
13      A.    Like a small to medium frame.
14      Q.    You said when you went inside
15   to get your I.D., did any other law
16   enforcement personnel come with you besides
17   Wigdor?
18      A.    At first it was just Wigdor and
19   myself.
20      Q.    So, what happened after you and
21   Wigdor got inside the house?
22      A.    I showed him my I.D. I asked
23   him what's going on. After showing him my
24   I.D., I don't know if he called the DA
25   after. He said something oh, shit, we got
```

```
1                    D. DIAZ
2    a cop.
3         Q.    Who did he say that to?
4         A.    When he looked at my I.D. he
5    got on the phone.  On the other line he was
6    talking to Patricia O'Connor.  He said we
7    got to get a search warrant, we got a cop.
8               But before that I asked him
9    what's going on.  He tells me to calm down,
10   relax.  That George was involved in
11   something that had to do with a large sum
12   of money and that he knows that George
13   didn't do it, but George had to know who
14   did it.
15        Q.    Wigdor told you that?
16        A.    Yes.
17        Q.    What happened next?
18        A.    After that I went hysterical in
19   my house.  Investigator Figeroa, she was
20   trying to console me and calm me down.
21   Then he got on the phone and said oh, we
22   got to get a search warrant.  That is when
23   he called Patricia O'Connor.
24        Q.    How do you know that he was
25   speaking to Patricia O'Connor?
```

D. DIAZ

1
2   A.   It was mentioned. How it was
3   mentioned, I don't know. I can't pinpoint
4   it right now. But I don't know if he said
5   her name or if he mentioned it to me
6   because I told him if you want to search my
7   house you can search it. I'm not hiding
8   anything.
9            I don't know what is going on.
10  But if it is in reference to George, I give
11  you permission to go and search Gabriella's
12  room because that is where George stood at.
13       Q.   Where George did what?
14       A.   Where George sleep at was
15  Gabriella's room. I gave him permission.
16  He was like no, I need a warrant. No, no,
17  he gave me Patricia O'Connor's name or if
18  my lawyer told me, but at that moment, yes,
19  I knew that he was talking to her because I
20  had to pass the information over to Mr.
21  Quinn who was my attorney and I was on the
22  phone with him.
23           The minute I found out that
24  they wanted to get a warrant I called the
25  borough. I used to work at a Patrol

```
1                    D. DIAZ
2    duty captain and Investigator Flores were
3    holding their own conversation in the
4    kitchen and then they went into the dining
5    room and while sitting on the steps in the
6    landing, opposite the kitchen and the
7    dining room, it is opened, Investigator
8    Flores stands and he goes "ha, you were
9    associating where a known felon."
10               I said, "what the fuck do you
11   mean I was associating with a known felon.
12   What is it that you are telling me.  I
13   don't know George Castro to be a known
14   felon."  I'm not saying that he is a
15   perfect person.
16          Q.   Just to be clear, is that what
17   you said in response to Investigator
18   Flores?
19          A.   "What the fuck do you mean that
20   he's a known felon", that was my response
21   to him.
22          Q.   And what happened next?
23          A.   Investigator Flores didn't give
24   me any rebuttal.  He didn't say anything.
25   He just looked at me.  I wanted to know
```

```
1                    D. DIAZ
2    slip.  I know that the department keeps
3    them.
4         Q.    Just take a minute to look at
5    that.
6         A.    Whatever I put in, I would have
7    to see the overtime slip.  There could have
8    been an error on their behalf because they
9    gave me the money and then they took it
10   out.
11        Q.    Right, if you read on the first
12   line --
13        A.    I couldn't.  The only thing I
14   can recollect like would be the actual slip
15   that I filled out.  What payroll does and
16   how they put it into the system and payroll
17   in the 24th was not a good system.  So, I
18   cannot account for that.  But they should
19   have the actual slip that I have.
20        Q.    I'm having trouble finding that
21   actually.
22        A.    I can only testify to the
23   actual slip.  How they put it in, if they
24   made an error, they were forever making
25   errors with everyone there.  So, I can't
```