Plaintiff's

Exhibit "B"

13cv8281

J. FLORES

1

2      correct?

3           A.    Yes.

4           Q.    And you can also make a

5      determination as to whether or not a person

6      is eligible to be arrested based on

7      probable cause, correct?

8           A.    Yes.

9           Q.    I'm sorry, your title now,

10     again, is?

11          A.    Supervising investigator.

12          Q.    And in your capacity as a

13     supervising investigator, you could also

14     direct one of your investigators to make an

15     arrest?

16               MS. KRASNOW:  Form.

17          A.    Yes.

18          Q.    So let's go back to November

19     24, 2010.

20               Who called you?

21          A.    Someone from the office, I

22     don't recall exactly who called me.

23          Q.    And what, if anything, did they

24     tell you when they called?

25          A.    They needed a supervisor to

J. FLORES

1

2       respond to that location.

3               Q.      And what did you say to that?

4               A.      I said okay.

5               Q.      Did you ask them why you needed

6       to go over there?

7               A.      They just said they needed an

8       extra supervisor and I went directly there.

9               Q.      Did they tell you what the

10      subject of the event taking place that you

11      had to go to, did they tell you what was

12      going on, that person on the phone?

13              A.      There was possibly going to be

14      a search warrant at this location and an

15      arrest had been made, so they needed an

16      extra supervisor.

17              Q.      At the time you received that

18      phone call, were you informed which

19      investigators were on the scene?

20              A.      No.

21              Q.      So my understanding is the

22      person that spoke with you conveyed to you

23      that there was an arrest made and that

24      there was a pending search warrant that was

25      going to be executed, correct?

```
1                      J. FLORES

2   going to do that?

3        A.    No.

4        Q.    Did you talk to him about her

5   possibly being a subject in your

6   investigation?

7        A.    No.

8        Q.    Outside of that statement by

9   the duty captain, was there any further

10  conversation between you and the duty

11  captain concerning Sergeant Diaz?

12       A.    Not that I remember.

13       Q.    Did there come a time you spoke

14  with Sergeant Diaz in her residence on

15  November 24, 2010?

16       A.    Yes.

17       Q.    What, if anything, was said?

18       A.    I advised her that -- I

19  distinctly remember I advised her that I

20  didn't want to interview her, that I wanted

21  to talk to the delegate, the sergeant

22  delegate.  And I also advised her that we

23  were waiting for a search warrant for her

24  place.

25       Q.    What were you going to ask her?
```

1                          J. FLORES

2          Q.     So when you're approaching the

3     address that you were told to go to, you

4     see the officers in front on the steps you

5     mentioned.

6                 Did you proceed inside?

7          A.     Yes, sir.

8          Q.     Prior to going inside, did you

9     address any one of those officers on the

10    way in?

11         A.     I believe the duty captain was

12    by the front door and I am sure that I got

13    into a conversation with the duty captain.

14         Q.     Prior to walking up those steps

15    and seeing those officers, did you see

16    anyone else outside that location?

17         A.     I don't remember.

18         Q.     Did you see any members from

19    DANY's investigation team?

20         A.     They were somewhere, but I

21    don't remember exactly where they were.

22         Q.     But my question is:  Did you

23    see any of them?

24         A.     At some point, yes.

25         Q.     What was that, I'm sorry?